(2) Each side shall bear its own costs.

**Jerome HALL, Petitioner,**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

No. 04–3448.

United States Court of Appeals,
Federal Circuit.

Oct. 13, 2004.

ORDER

Order Vacated, See 2004 WL 2782867.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.